IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**FREIDA ANN BYRD-DIXON**                                           **PLAINTIFF**

**V.**                                                            **CIVIL ACTION NO.: 1:07cv234-SA-D**

**LIFT, INCORPORATED**                                                  **DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

This cause comes before the Court on the request of the Parties for dismissal with prejudice of Plaintiff's claims against Lift, Incorporated ("Lift"). The court, having considered said motion, finds that the parties have reached a compromise, so that there remain no issues to be tried or determined by this court. The Court being otherwise fully advised in the premises, is of the opinion, and so finds, that said motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Complaint herein be, and the same is hereby, dismissed with prejudice, with each party to bear her and its own costs and attorneys' fees; provided, however, that the Court retains jurisdiction to enforce the "Full and Final General Release" entered into by the parties.

**SO ORDERED AND ADJUDGED,** this the 22nd day of January, 2008.

                                                       /s/ Sharion Aycock
                                                       UNITED STATES DISTRICT COURT JUDGE

APPROVED AND AGREED BY:

| /s/ *Paula Graves Ardelean* | Attorney for Defendant |
|---|---|
| Paula Graves Ardelean (MSB #4975) | /s/ *Jim Waide* |
| BUTLER, SNOW, O'MARA, STEVENS | Jim Waide (MSB #6857) |
|   & CANNADA, PLLC | Waide & Associates, P.A. |
| 17th Floor, AmSouth Plaza | Post Office Box 1357 |
| Post Office Box 22567 | Tupelo, Mississippi 38802 |
| Jackson, Mississippi 39225-2567 | ATTORNEY FOR PLAINTIFF |
| ATTORNEY FOR DEFENDANT | |